# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action    07-cv-02107-RPM

CHANELLE COSPER

   Plaintiff,

v.

ASURION PROTECTION SERVICES, LLC f/k/a
LOCK/LINE, LLC,

   Defendant.

## ORDER GRANTING UNOPPOSED
## MOTION TO MODIFY SCHEDULING ORDER

THIS COURT having reviewed the Unopposed Motion to Modify the Scheduling Order, and being fully advised of the premises therein, hereby GRANTS the motion. The Scheduling Order entered on March 19, 2008 is MODIFIED as follows:

Discovery Cut-off:

   November 30, 2008

Dispositive Motion Deadline:

   December 30, 2008

Expert Witness Disclosure:

   The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before September 29, 2008.

1

The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 28, 2008.

Any rebuttal opinions shall be exchanged on or before November 15, 2008.

Dated: July 31st, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge