IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02107-RPM

CHANELLE COSPER,

    Plaintiff,

v.

ASURION PROTECTION SERVICES, LLC f/k/a LOCK/LINE, LLC,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulated Dismissal with Prejudice [26], filed on November 24, 2008, it is

ORDERED that all claims of plaintiff Chanelle Cosper and Asurion Protection Services, LLC f/k/a Lock/Line, LLC, against each other in this action are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 25th, 2008

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge